FIRST DEPARTMENT, APRIL TERM, 1891.

and the disbursements to be paid personally by the appellant. Opinions by Daniels, J., and Van Brunt, P. J.

The People of the State of New York, Respondent, v. William McElroy and Edward Ryan, Appellants.— Judgment affirmed. Opinion by Van Brunt, P. J.

Increase M. Grenell, Appellant, v. Sarah A. Stillwell, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Irvine A. Hodge and others, Respondents, v. John H. Drake and others, Appellants.— Judgment affirmed, with costs. Opinion by Daniels, J.

Ferdinand Brooks, Plaintiff, v. John T. Terry and others, Executors, Defendants. — Judgment for plaintiff as directed in opinion, with the costs of this proceeding. Opinion by Daniels, J.

In the Matter of the Judicial Settlement of the Accounts of Robert C. Reeves, Executor, etc.— Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

New York, Lake Erie and Western Railroad Company, Respondent, v. The National Steamship Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to the defendant to abide event. Opinions by Daniels, J., and Van Brunt, P. J.

The Suburban Rapid Transit Company, Appellant, v. The Mayor, etc., of the City of New York and others, Respondents. — Judgment and order affirmed, with costs. Opinion by Daniels, J.

Pierre T. C. Richards, Appellant, v. Mary H. Moore and others, Respondents.— Judgment and order affirmed, with costs. Opinion by Daniels, J.

Rufus Foster, Executor, etc., Respondent, v. Benjamin C. Wetmore, Executor, etc., Appellant. — Judgment reversed, with costs to the appellant to abide the result of another trial to be ordered. Opinion by Daniels, P. J.

Samuel E. Howe, Respondent, v. Thomas M. Moore, Appellant.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Patrick Martin, Appellant, v. Valentine Cook and others, Respondents.— Objections to the dismissal upon the merits sustained, and the other exceptions overruled, and the motion for a new trial denied and judgment ordered for the defendant, dismissing the complaint, with costs, except the costs of this motion for a new trial. Opinion by Van Brunt, P. J.

Christian H. Schultheis, Respondent, v. Georgiana F. Webster and others, Appellants.— Motion denied, with ten dollars costs.

Joseph Sawyer and others, Appellants, v. Otis G. Clark and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Nathaniel Sleeman, Appellant, v. Lewis Hotchkiss and others, Respondents.— Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

In the Matter of the Judicial Settlement of the Account of Henry A. V. Post, Administrator, etc.— Order modified, as directed in opinion, and, as modified, affirmed, without costs of this appeal. Opinion by Daniels, J.

Joseph Marrone, Respondent, v. The New York Jockey Club, Appellant.— Order reversed, with

ten dollars costs and disbursements, and the motion denied. Opinions by Van Brunt, P. J., and Daniels, J.

Ophelia J. Cuthbert, Appellant, v. Cordelia D. Chauvet and others, Respondents.— Order affirmed, with costs and disbursements. Opinion by Lawrence, J.

Rufus L. Todd, Executor, etc., Appellant, v. The Union Dime Savings Institution, Respondent.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Ophelia J. Cuthbert, Respondent, v. Margaret S. Ives, Impleaded, etc., Appellant.— Order affirmed, with costs and disbursements

Ophelia J. Cuthbert, Respondent, v. Antoinette L. Schemerhorn and others, Appellants.— Order affirmed, with costs and disbursements.

The People of the State of New York ex rel. Isaac P. Martin v. Edward Gilon and others.— Writ dismissed, with costs. Opinion by Lawrence, J.

Frank Ross, Ancillary Administrator, etc., Appellant, v. Wallace P. Willett and others, Respondents.— Order reversed, with ten dollars costs and disbursements, and the motion granted. Opinion by Daniels, J.

John Claflin and others, Respondents, v. John F. Eagan and others, Appellants.— Order reversed, with ten dollars costs and disbursements, and the motion granted. Opinion by Van Brunt P. J.

Mary A. P. Tucker, Plaintiff, v. Cornelia Gilman, Defendant. — Order affirmed, without costs. Opinion by Van Brunt, P J.

In the Matter of the Last Will, etc., of Emily L. De Russey, Deceased.—Order reversed, and the order directing the reference vacated. Opinion by Daniels, J.

The People of the State of New York ex rel. Henry Butts, Relator, v. Charles F. MacLean and others, Police Commissioners, Respondents — Writ dismissed, with costs. Opinion by Van Brunt, P. J.

Jean Albert Tauziede and others, Plaintiffs, v. Francois Henry Jumel and others, Defendants.— Stay of proceedings directed, but subject to the condition that the case shall be argued or submitted at the next May General Term.

John B. Smith, Respondent, v. William F. Lennon and others, Appellants (Action No. 1). — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

John B. Smith, Respondent, v. William F. Lennon and others, Appellants (Action No. 2). — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

The People of the State of New York, Respondent, v. Thomas Hagan, Appellant. —Judgment affirmed. Opinion by Daniels, J.

Mary O. Simis, Respondent, v. Daniel S McElroy, Appellant. — Case stricken from calendar in order that the parties may present a proper case. Opinion by Van Brunt, P. J.

The New York, Lake Erie and Western Railroad Company, Respondent, v. The Atlantic Refining Company, Appellant. Motion for reargument denied.

Clara A. Lamb and others, Respondents, v. Samuel T. Lamb and others, Appellants — Judgment affirmed, with costs and disbursements. Opinion by O'Brien, J.